# Court of Appeals
# of the State of Georgia

ATLANTA,     May 29, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0354.  BRISTOL MYERS SQUIBB COMPANY v. SARVAJNA SHETH.**

Bristol Myers Squibb Company ("BMSC") filed this discretionary application seeking review of the superior court's order in this workers' compensation case. BMSC now moves to withdraw the application because "the parties . . . have agreed upon a compromise of the pending cause of action."  BMSC's motion to withdraw is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 05/29/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*